YORK BUILDING COMPANY, INC., Respondent, v. MADRAL AMUSEMENT

COMPANY, INC., Appellant, and Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.